# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number : _____

BENTLEY KILLMON, JARED ALDRIDGE, PAUL BAME, STEFANO BLOCH, STEVEN DIAMOND, COLLEEN FLYNN, FARAH FOSSE, GAN GOLAN, ERNESTO LONGA, MICHAEL McCLEAN, DAVID MITCHELL, JAMES MOORBY, MICHAEL PITULA, LAUREL RIPPLE, CYNTHIA ROSIN, CALEB SELMAN, AUSTIN STEWART, MIKEL STONE, IVAN WELANDER, VICTORIA WELLE, LARRY WINAWER,

04-20707

Plaintiff,

v.

CITY OF MIAMI, a municipal entity; JOHN TIMONEY, in his official and individual capacity as Chief of the Miami Police Department; MANUEL A. DIAZ, in his official and individual capacity as Mayor of the City of Miami; KATHLEEN FERNANDEZ-RUNDLE, in her official and individual capacity as State Attorney for Miami-Dade County; MIAMI-DADE COUNTY, a division of the State of Florida; ALEX PENELAS, in his official and individual capacity as Mayor of Miami-Dade County; CARLOS ALVAREZ, in his official and individual capacity as DIRECTOR, METROPOLITAN SHERIFF OF MIAMI-DADE POLICE DEPARTMENT; KEN JENNE, in his official and individual capacity as SHERIFF BROWARD COUNTY; TOM RIDGE, in his official capacity only as Secretary of the United States Department of Homeland Security; JOHN ASHCROFT, in his official capacity only as Attorney General of the United States; DOES 1-100, in their official and individual capacities,

CIV - KING

MAGISTRATE JUDGE
O'SULLIVAN

Defendants.

## SUMMONS IN A CIVIL CASE

TO: (Name and address of defendant)

John Timoney
Chief of Police
400 N.W. 2nd Avenue
Miami, Florida 33128

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY:

Robert W. Ross, Jr.
Law Office of Robert W. Ross, Jr.
601 South Federal Highway
Lake Worth, Florida 33460
T. 561 251-4896

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK _____  DATE  MAR 2 5 2004

(BY) DEPUTY CLERK _____