UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20707-CIV-ALTONAGA

BENTLEY KILLMON, et al.,

    Plaintiffs,

vs.

CITY OF MIAMI, et al.,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT AS TO MIAMI-DADE COUNTY DEFENDANTS AND CITY OF MIAMI DEFENDANTS; AND MOTION TO EXTEND ALL PRETRIAL DEADLINES

The Plaintiffs, BENTLEY KILLMON, JARED ALDRICH, PAUL BAME, STEFANO BLOCH, STEVEN DIAMOND, COLLEEN FLYNN, FARAH FOSSE, GAN GOLAN, ERNESTO LONGA, MICHAEL MCLEAN, DAVID MITCHELL, JAMES MOORBY, MICHAEL PITULA, LAUREL RIPPLE, CYNTHIA ROSIN, CALEB SELMAN, AUSTIN STEWART, MIKEL STONE, IVAN WELANDER, VICTORIA WELLE, LARRY WINAWER (hereinafter collectively the "**Plaintiffs**"), **and** the Defendants, MIAMI-DADE COUNTY, LOUIS BATTLE, JAMES O'DONNELL, CARLOS ACIN, OFF. ROMERO (Badge #4508), OFF. M. ROMERO, OFF. ESPINOSA, OFF. L. PEREZ, OFF. J. LEON, OFF. C. MOON, OFF. F. REYNOLDS, OFF. ERDO BERMUDEZ, OFF. FADREY, OFF. J. DEARMAS, OFF. WILLIAM RILEY, OFF. T. WEVER, DET. R. DEAN (hereinafter collectively the "**Miami-Dade County Defendants**"), **and** the Defendants, the CITY OF MIAMI, FRANK FERNANDEZ, THOMAS CANNON, GREGORY PELHAM, CLIFFORD

90941

JOINT NOTICE OF SETTLEMENT
AND MOTION FOR EXTENSION
CASE NO.: 04-20707-CIV-ALTONAGA

TOWNSEND, JAMES SAYIH, FRANCISCO BALBUENA, PETER ROMERO, LT WILLIAM ALVAREZ, JORGE GUERRA, FERNANDO QUINTANA, MANUEL GONZALEZ, ORLANDO MERCED, JESSE HENRIQUEZ (IMB 2976), JOSE PASTOR, FREDDY PONCE, RONALD RAHMING, CARLOS ORTEGA, RENE ORTEGA, JOSE CASTANO, RAIMUNDO SOCORRO (hereinafter collectively the "**City of Miami Defendants**"), by and through their respective undersigned attorneys, hereby notify the Court of the Settlement of all claims between them, including costs and attorney's fees, contingent only upon the respective approvals of the legislative bodies of Miami-Dade County and the City of Miami.

Because the governmental entities' respective approvals cannot be obtained before October 25, 2007 for the City, and November 6, 2007 for the County, the parties jointly move the Court to extend all pretrial deadlines, especially the discovery deadline and the motion for summary judgment deadline, for these potentially settling parties only, for a period of thirty (30) days following the unlikely rejection of the settlement by either Miami-Dade County or the City of Miami.

DATED: October 1, 2007

CAROL A. SOBEL, ESQ.
LAW OFFICE OF CAROL A. SOBEL
Attorney for **Plaintiffs**
429 Santa Monica Blvd., Suite 550
Santa Monica, CA 90401
Tel: (310) 393-3055
Fax: (310) 393-3505

By: /s/ Carol A. Sobel
    Carol A. Sobel, Esq.

DATED: _____

R. A. CUEVAS, JR.
Miami-Dade County Attorney
Bernard Pastor, Asst. County Attorney
Attorney for **Miami-Dade County Defendants**
Miami-Dade County Attorney's Office
111 N.W. 1st Street, Suite 2810
Miami, FL 33128
Tel: (305) 375-5151
Fax: (305) 375-5634

By: *see attached*
    Bernard Pastor
    Fla. Bar No. 0046582

- 2 -

DATED: 1 Oct '07

JORGE L. FERNANDEZ, City Atty.
WARREN BITTNER, Asst. City Attorney
HENRY J. HUNNEFELD, Asst. City Atty.
Attorney for **City of Miami Defendants**
444 S.W. 2nd Avenue, Suite 945
Miami, FL 33130-1910
Tel.: (305) 416-1800
Fax. (305) 416-1801

By: _____
WARREN BITTNER
Assistant City Attorney
Fla. Bar #370959

JOINT NOTICE OF SETTLEMENT
AND MOTION FOR EXTENSION
CASE NO.: 04-20707-CIV-ALTONAGA

TOWNSEND, JAMES SAYIH, FRANCISCO BALBUENA, PETER ROMERO, LT. WILLIAM ALVAREZ, JORGE GUERRA, FERNANDO QUINTANA, MANUEL GONZALEZ, ORLANDO MERCED, JESSE HENRIQUEZ (JMB 2976), JOSE PASTOR, FREDDY PONCE, RONALD RAHMING, CARLOS ORTEGA, RENE ORTEGA, JOSE CASTANO, RAIMUNDO SOCORRO (hereinafter collectively the "**City of Miami Defendants**"), by and through their respective undersigned attorneys, hereby notify the Court of the Settlement of all claims between them, including costs and attorney's fees, contingent only upon the respective approvals of the legislative bodies of Miami-Dade County and the City of Miami

Because the governmental entities' respective approvals cannot be obtained before October 25, 2007 for the City, and November 6, 2007 for the County, the parties jointly move the Court to extend all pretrial deadlines, especially the discovery deadline and the motion for summary judgment deadline, for these potentially settling parties only, for a period of thirty (30) days following the unlikely rejection of the settlement by either Miami-Dade County or the City of Miami.

DATED: _____

CAROL A. SOBEL, ESQ
LAW OFFICE OF CAROL A. SOBEL
Attorney for **Plaintiffs**
429 Santa Monica Blvd., Suite 550
Santa Monica, CA 90401
Tel: (310) 393-3055
Fax: (310) 393-3505

By: _____
      Carol A. Sobel, Esq.

DATED: 10/1/07

R. A. CUEVAS, JR.
Miami-Dade County Attorney
Bernard Pastor, Asst. County Attorney
Attorney for **Miami-Dade County Defendants**
Miami-Dade County Attorney's Office
111 N.W. 1st Street, Suite 2810
Miami, FL 33128
Tel: (305) 375-5151
Fax: (305) 375-5634

By: _____
      Bernard Pastor
      Fla. Bar No. 0046582

Post-it® Fax Note 7671 Date 10-1 # of pages 1
To: Pastor
From: B. Hoca
Co./Dept.
Co.
Phone #
Phone #
Fax #
Fax #