IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case No. 04-20707-Civ-Altonaga / Turnoff**

BENTLEY KILLMON, *et al.,*

    Plaintiffs,

vs.

CITY OF MIAMI, etc., *et al.*,

    Defendants.
_____/

**NOTICE OF SETTLEMENT OF CLAIMS OF PLAINTIFF
CALEB SELMAN AGAINST BROWARD SHERIFF'S OFFICE,
JOHN BROOKS, AND LLOYD BINGHAM**

Pursuant to the Court's Order directing the parties to file a notice of settlement as to the relevant claims (DE# 509), Plaintiffs and the Broward Sheriff's Office Defendants hereby give notice that the claims of Plaintiff Caleb Selman against the Broward Sheriff's Office, John Brooks, and Lloyd Bingham have been settled. All parties to this settlement have agreed to bear their own costs and attorneys' fees.

Counsel for the Plaintiff has authorized the undersigned to submit this Notice of Settlement on behalf of counsel for both the Plaintiff and the Defendants.

                                                  Respectfully submitted,

| | |
|---|---|
| ___s/ Carol a. Sobel_____ | ___s/ Beverly A. Pohl_____ |
| CAROL A SOBEL | BEVERLY A. POHL |
| CarolSobel@aol.com | Florida Bar No. 907250 |
| LAW OFFICE OF CAROL A. SOBEL | BROAD AND CASSEL |
| 429 SANTA MONICA BLVD., STE. 550 | 100 S.E. Third Ave., Ste. 2700 |
| SANTA MONICA, CA 90401 | Fort Lauderdale, FL 33394 |
| Counsel for Plaintiffs | Ph:  (954) 764-7060 |
| Ph:    (310) 393-3055 | Fax: (954) 713-0962 |
| Fax:   (310)-393-3605 | bpohl@broadandcassel.com |
| Attorney for Plaintiffs | and |

BRUCE ROGOW
Florida Bar No. 067999
BRUCE S. ROGOW, P.A.
Broward Financial Centre
500 East Broward Boulevard, Ste. 1930
Fort Lauderdale, Florida 33394
Ph:   (954) 767-8909
Fax: (954) 764-1530
email:   guntherc@rogowlaw.com

Counsel for Defendants Broward
Sheriff's Office, John Brooks, Manfreth
Neilly, Nancy Mandera, and Lloyd
Bingham

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2007 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either *via* transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        s/ Beverly A. Pohl
        BEVERLY A. POHL

**SERVICE LIST**
*Killmon v. City of Miami*
Case No. 04-20707-Civ-Altonaga / Turnoff
United States District Court, Southern District of Florida

CAROL A SOBEL
CarolSobel@aol.com
LAW OFFICE OF CAROL A. SOBEL
429 SANTA MONICA BLVD., STE. 550
SANTA MONICA, CA 90401
Counsel for Plaintiffs
Ph:     (310) 393-3055
Fax:    (310)-393-3605
Attorney for Plaintiffs
U.S. Mail

ROBERT W. ROSS, JR.
bravelaw@bellsouth.net
ROSS LAW FIRM P.L.
3923 Lake Worth Rd., Ste. 102
Lake Worth, FL  333461
Counsel for Plaintiffs
Ph:     (561) 251-4896
Fax:    (561)-241-2790
Attorney for Plaintiffs
Notice of Electronic Service

ANDREA COSTELLO
acostello@ccr-ny.org
CENTER FOR CONSTITUTIONAL
 RIGHTS
666 Broadway, 7th Floor
New York, NY  10012
Ph:  (212) 614-6464  (6439 direct)
Fax: (212) 614-6499
Attorney for Plaintiffs
Notice of Electronic Service

MARA VERHEYDEN-HILLIARD
mvh@justiceonline.org
CARL MESSINEO
PARTNERSHIP FOR CIVIL JUSTICE
2401 Pennsylvania Ave., NW, Ste. 320
Washington, DC 20037
Counsel for Plaintiffs
Ph:     (202) 955-5559
Fax:    (202)-955-5589
Attorney for Plaintiffs
U.S. Mail

JONATHAN MOORE
jmoore@gis.net
BELDOCK, LEVINE & HOFFMAN, LLP
99 Park Avenue, Suite 1600
New York, NY 10016
Counsel for Plaintiffs
Ph:     (212) 353-9587
Fax:    (212)-674-4614
Attorney for Plaintiffs
U.S. Mail

ALICE K. NELSON
Alice.nelson@southernlegal.org
SOUTHERN LEGAL COUNSEL, INC.
1229 N.W. 12th Avenue
Gainesville, FL 32601
Counsel for Plaintiffs
Ph:     (352) 271-8890
Fax:    (352) 271-8347
Notice of Electronic Service

WARREN BITTNER
WRBittner@ci.miami.fl.us
CHRISTOPHER A. GREEN
CAGreen@ci.miami.fl.us
Assistant City Attorneys
444 S.W. Second Avenue, Suite 945
Miami, FL 33130
Ph:     (305) 416-1813 (or 1800)
Fax:    (305) 416-1801
Attorney for City of Miami Defendants
Notice of Electronic Service

RACHEL ENTMAN
Rachel.Entman@usdoj.gov
Assistant United States Attorney
99 N.E. 4th Street, Suite 300
Miami, FL 33132-2111
Ph:     (305) 961-9331
Fax:    (305) 530-7139
Attorney for the federal Defendants
Notice of Electronic Service

BRUCE ROGOW
guntherc@rogowlaw.com
BRUCE S. ROGOW, P.A.
Broward Financial Centre
500 East Broward Boulevard, Suite 1930
Fort Lauderdale, Florida 33394
Attorney for BSO Defendants
Ph: (954) 767-8909
Fax: (954) 764-1530
Notice of Electronic Service

JENNIFER COHEN GLASSER
jennifer.glasser@akerman.com
MICHAEL FERTIG
mfertig@akerman.com
AKERMAN SENTERFITT
One Southeast Third Ave., 28th Floor
Miami, FL 33131-5600
Ph:  (305) 374-5600
Fax:  (305) 374-5095
Attorney for Hialeah Defendants
Notice of Electronic Service

OSNAT K. RIND
orind@roncohenlaw.com
RONALD J. COHEN
rcohen@roncohenlaw.com
COHEN & RIND, P.A.
8100 Oak Lane, Suite 403
Miami Lakes, FL 33016
Ph:     (305) 823-1212
Fax:    (305) 823-7778
Attorneys for Defendants Jesse Henriquez, Costano, C. Ortega, W. Alvarez, R. Ortega, F. Quintana, Sayih, B. Guerra, J.Pastor, R. Rahming, M. Romero, G. Pelham, J. Henriquez, F.Durantano
Notice of Electronic Service

BERNIE PASTOR
pastor@miamidade.gov
WILFREDO FERRER
WAF@miamidade.gov
COUNTY ATTORNEY'S OFFICE
MIAMI-DADE COUNTY
111 N.W.  1st Street, Suite 2810
MIAMI, FL 33128-1930
Counsel for Miami-Dade County Defendants
Ph:     (305) 375-1506 (or 5105)
Fax:    (305)-375-5634
Notice of Electronic Service

4

BEVERLY A. POHL
bpohl@broadandcassel.com
BROAD AND CASSEL
100 S.E. Third Ave., Ste. 2700
Fort Lauderdale, FL 33394
Ph: (954) 764-7060
Fax: (954) 713-0962
Attorney for BSO Defendants
Notice of Electronic Service

FTL1\COMMLIT\213823.1
36100/0002 BAP